**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

A.J.T.J.,                                                     :
                                                             :
            **Petitioner,**                                  :
                                                             :
v.                                                           :          **Case No. 4:26-cv-783-CDL-CHW**
                                                             :               **28 U.S.C. § 2241**
**Warden, STEWART DETENTION**                                :
**CENTER, *et al.*,**                                        :
                                                             :
            **Respondents.**                                 :
_____

## <u>ORDER</u>

On May 7, 2026, the Court ordered that Respondents provide Petitioner with a bond hearing within seven days to determine if Petitioner may be released on bond or file a motion seeking relief from the order.  (ECF No. 3).  The Court also ordered that once a bond hearing was held, Petitioner should file a notice of dismissal.  *Id.*  The time for compliance with the Court's order has passed, and the Court received neither a motion from Respondents seeking relief nor a notice of voluntary dismissal from Petitioner.  Based on the absence of a motion seeking relief filed by Respondents, the Court presumes a bond hearing was held in compliance with the Court's order.  Consequently, Petitioner is ordered to either file a notice of voluntary dismissal or respond and show cause within seven (7) days why this action should not be dismissed as moot and judgment entered.

        **SO ORDERED**, this 6th day of July, 2026.

                                                    s/ Charles H. Weigle_____
                                                    Charles H. Weigle
                                                    United States Magistrate Judge